No. 24,880.

C. T. ATKINSON, *Appellant,* v. THE CITY OF ARKANSAS CITY et al.,
*Appellees.*

SYLLABUS BY THE COURT.

DAMAGES—*Paving an Alley—Unlawful Conspiracy Between Defendants—Injury to Plaintiff—Demurrer to Petition Properly Sustained.* In an action for damages against a city, certain city officials and a contracting company, where plaintiff claimed the action of defendants caused the paving of an alley to cost him more than the contract price, it is held, the court properly sustained demurrers to the petition.

Appeal from Cowley district court; OLIVER P. FULLER, judge. Opinion filed January 12, 1924. Affirmed.

*C. T. Atkinson,* of Arkansas City, for the appellant.

*L. C. Brown, W. L. Cunningham,* and *D. Arthur Walker,* all of Arkansas City, for the appellees.

The opinion of the court was delivered by

HARVEY, J.: This is an action brought by a resident owner of real property in a city of the second class against the city, certain of the city officials and a contracting company for damages alleged to have been caused plaintiff by a wrongful conspiracy entered into among defendants, by which the paving of an alley on which plaintiff's lots abutted cost him more than the contract price. The several defendants interposed separate demurrers to plaintiff's petition. Each of the demurrers was sustained and plaintiff has appealed. The ruling of the court is correct. We do not deem it necessary to set out a copy of the material portion of the petition with a detailed analysis of its deficiencies. Appellant argues that city officials may become liable for damages caused by a fraudulent conspiracy entered into and carried out by them which results in injury to a citizen. Even conceding this to be true, the petition in this case comes far short of alleging an actionable conspiracy among the defendants resulting in injury to plaintiff.

The judgment of the court below is affirmed.